# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 05-470 consolidated with 05-327


## BOISE CASCADE CORPORATION

## VERSUS

## LOUIS SCALLON


**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 04-02811
CHARLOTTE L. BUSHNELL, WORKERS' COMPENSATION JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIRMED.**


Jeffrey M. Cole
Plauche, Smith & Nieset
Post Office Drawer 1705
Lake Charles, LA   70602
(337) 436-0522
COUNSEL FOR PLAINTIFF/APPELLANT:
        Boise Cascade Corporation

R. Scott Iles
Post Office Box 3385
Lafayette, LA   70502
(337) 234-8800
COUNSEL FOR DEFENDANT/APPELLEE:
        Louis Scallon

AMY, Judge.

For the reasons assigned this day in the companion case of *Scallon v. Boise Cascade Corp.*, 05-327 (La.App. 3 Cir. __/__/05), _ So.2d _, this matter is affirmed. All costs of this proceeding are assigned to the plaintiff, Boise Cascade Corporation.

**AFFIRMED.**